IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv222-RJC

| KASEAN DAMONT BRYSON, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| v. | ) | ORDER |
| SIDNEY HARKLEROAD, | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court pursuant to Petitioner's Motion to hold his federal habeas proceedings in abeyance. (Doc. No. 3). The Federal Rules of Civil Procedure require that every written motion be signed by the moving party, if the party is unrepresented. Fed. R. Civ. P. 11(a). Petitioner's Motion does not contain an original signature. The Court is required to strike the Motion unless Petitioner promptly corrects the omission of the signature. Id.

**IT IS, THEREFORE, ORDERED** that Petitioner has twenty (20) days from the filing of this Order in which to resubmit his Motion to Hold Federal Habeas Proceedings in Abeyance (Doc. No. 3), with an original signature or the Motion will be struck.

**IT IS FURTHER ORDERED** that the Clerk of Court mail to Petitioner a copy of the Motion to Hold Federal Habeas Proceedings in Abeyance (Doc. No. 3) with a copy of this Order.

Signed: January 10, 2011

Robert J. Conrad, Jr.
Chief United States District Judge