# United States District Court
## For The Western District of North Carolina
### Asheville Division

Kasean Damont Bryson ,

                Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                      1:10-cv-00222

Sidney Harkleroad ,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/12/12 Order.

                        Signed: March 12, 2012

Frank G. Johns, Clerk
United States District Court